**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

JORDAIN BRASSEAUX                    CIVIL ACTION NO.  6:21-0109

VERSUS                               CHIEF JUDGE S. MAURICE HICKS, JR.

MONCLA MARINE OPERATIONS L.L.C.,     MAGISTRATE JUDGE HANNA
ET AL.

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for

Report And Recommendation.  After an independent review of the record, and noting the

absence of any objections, this Court concludes that the Magistrate Judge's Report and

Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED** that the Motion to Abstain (Rec. Doc. 17) filed by Defendants,

Moncla Marine, L.L.C., now known as Shallow Water Workover & Drilling, L.L.C, and

Moncla Marine Operations, L.L.C., now known as Shallow Water Workover & Drilling

Operations, LLC, should be **GRANTED** and this lawsuit should be **DISMISSED**

**WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 7th day of April, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT